■ In the Matter of DAVID E. PARKER, a Suspended Attorney, Resignor. [885 NYS2d 658]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 17, 2009.)

■ In the Matter of JAMES M. KERNAN, an Attorney, Respondent. [885 NYS2d 659]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 17, 2009.)

■ In the Matter of WILLIE R. FELTON, for Reinstatement to the Practice of Law. [885 NYS2d 658]—Order entered denying application for reinstatement. Memorandum: Petitioner has failed to sustain his burden of demonstrating by clear and convincing evidence that he has complied with the order of disbarment, that he has the requisite character and fitness to practice law or that it would be in the public interest to reinstate him. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 17, 2009.)

■ In the Matter of MELVIN B. NEISNER, JR., an Attorney, Respondent. [885 NYS2d 659]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 17, 2009.)

■ In the Matter of WALTER RAYMOND CARFORA, an Attorney, Resignor. [885 NYS2d 659]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Pine, JJ. (Filed Aug. 18, 2009.)